Butterman, Appellant, *v.* Delaware, Lackawanna & Western Railroad Company.

Argued January 23, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*Paul A. McGlone,* with him *Frank J. McDonnell,* for appellant.

*Reese H. Harris,* of *O'Malley, Hill, Harris & Harris,* and *Gomer W. Morgan,* for appellee, were not heard.

PER CURIAM, March 25, 1940:

Leaving a train at the regular stopping place at a station with which she was familiar, plaintiff stepped from the car to a stepping box of standard construction and, while leaving the box or after she had left it, fell and was injured. The weather was sleeting; there was no evidence of inadequate lighting, defect in the

box, or that it stood on ground that was not level. A brakeman stood on one side of the box and a chauffeur, who had come to receive plaintiff, stood on the other, the chauffeur helping her down by having, as she testified, "his hand on my elbow"; she thought the box "tipped" or "slipped back on the sleet". The learned court below concluded there was no evidence of negligence on the part of defendant; nothing to show that the box was misplaced or was defective, or that the injury resulted from an appliance of transportation. We agree with that conclusion. Compare *Dixon v. Pennsylvania R. R. Co.*, 98 Pa. Superior Ct. 557.

Judgment affirmed.